Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079
Emails: bhadsell@hadsellstormer.com
          dstormer@hadsellstormer.com
          bolney@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Email: jps@hadsellstormer.com

Attorneys for Plaintiffs
ESTATE OF FERAS MORAD, et al

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERAS MORAD, AMAL ALKABRA, and AMR MORAD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LONG BEACH, MATTHEW HERNANDEZ, ROBERT LUNA,<br><br>Defendants. | Case No.: 16-cv-06785-MWF-AJW<br><br>[Assigned to the Honorable Michael W. Fitzgerald – Courtroom 5A]<br><br>**PLAINTIFFS' [PROPOSED] VOIR DIRE QUESTIONS**<br><br>Complaint filed:     September 9, 2016<br>Trial Date:             June 26, 2018 |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order re Jury Trial (Dkt. 44), Plaintiffs hereby submit the following Proposed Voir Dire Questions in addition to the standard questions customarily asked by the Court.

**Proposed Voir Dire Questions**

1.   City or town where you live.

2.   Where were you born?

   a. [If applicable]:  When did you come to the U.S.?  Under what circumstances? (At what age? What type of visa?)

3.   Occupation and employer. For how long?

4.   Do you have supervisory responsibility on your job?

   (Or:  Have you had supervisory responsibilities in the past?)

   a. Did you have responsibility for recruiting, screening, hiring, firing and/or for promoting people?

5.   What is the highest level of education you completed?

6.   What is your marital status?

   a. Occupation and employer of spouse?

7.   If you have children, tell us how many and occupations of adult children.

8.   Have you or anyone close to you ever had any training, courses or work experience in any of the following:

   - Accounting/Bookkeeping
   - Law
   - Psychology/Psychiatry/Mental Health
   - Criminal Justice

9.   Do you know any lawyers or judges?

10.  Have you ever been on a jury before?  Civil or criminal? When? Was a

PLAINTIFFS' [PROPOSED]                    -1-
VOIR DIRE QUESTIONS

verdict reached? Did you serve as foreperson/presiding juror?

11.    Have you or anyone close to you ever been involved in a lawsuit either as a plaintiff or a defendant?

12.    Have you ever felt you had reason to sue, but didn't?

a.  Why didn't you?

13.    Do you know any of the parties or witnesses involved in this case?

14.    Do you have any personal knowledge about the facts of this case?

15.    Is there any reason why you feel you should not serve as a juror in this type of case?

16.    Have you or anyone close to you been the victim of a serious crime whether or not it was reported to law enforcement?

a.    What was the crime?

b.    Did you have a positive or negative impression of law enforcement as a result?

c.    How do you think that experience will affect you as a juror in a case like this?

17.    Have you, or any close friends or relatives, ever been employed by the Long Beach Police Department?

18.    Have you, or any close friends or relatives ever been employed by, volunteered for or otherwise affiliated with any law enforcement agency?  This includes police, sheriff, FBI, Highway Patrol, Drug Enforcement Administration, District Attorney, state prisons or county jails, Attorney General, United States Attorney General, United States Attorney, Immigration and Naturalization Services, etc.

a.  If so, tell me the relation and position that person holds or held.

19.    Have you ever had regular contact with anyone in any law enforcement agency through your work, in your neighborhood, or in your social life?

20.    Have you ever considered working in law enforcement?

21.    Have you had any training, courses, or work experience in law enforcement,

1   criminal justice, administration of justice, or law?

2         22.     Would you be more willing to believe the testimony of a law enforcement
3   officer than another witness who is not a law enforcement officer?

4         23.     With respect to use of force cases or shooting cases, do you think police
5   officers have been portrayed unfairly in the media?

6         24.     Some people feel that the job of people in law enforcement is so difficult and
7   important that it is wrong to second-guess them by punishing them for wrongdoing which
8   occurs in the course of their job performance.  Or that people these days are too quick to
9   criticize law enforcement?  Do you agree with either of those ideas?

10        25.     Do you think that police officers should have looser standards when they
11  interact with an individual who is under the influence of drugs or alcohol?

12        26.      Do you think that an individual who is under the influence of drugs or
13  alcohol is more likely to be a danger to others?

14        27.     Have you ever had a negative experience with someone who was under the
15  influence of drugs or alcohol?

16        28.     If you find the defendants responsible for the wrongful killing of Feras
17  Morad, you will be asked during this trial to make a determination about the extent of the
18  damage to the plaintiffs, Mr. Morad and his mother and father.  Does anyone have a
19  problem with making that kind of determination and awarding compensation for wrongful
20  death damages?

21        29.     Do any of you have any hesitation in putting a dollar amount on the harm
22  caused by the violation of someone's civil rights?  Some people say that is difficult to do,
23  but they are willing to try and others say it's just impossible and just will not do it. What
24  is your thinking about this issue?

25        30.     You may also be asked to determine if an award of punitive damages is
26  appropriate in this case, and if so, how much is appropriate.  Punitive damages are
27  intended to punish a wrongdoer and set an example.  Some people have a difficult time
28  with those kinds of damage awards.  How do you feel about that issue, about the concept

PLAINTIFFS' [PROPOSED]             -3-
VOIR DIRE QUESTIONS

1    of awarding punitive damages in addition to any damage award to compensate plaintiffs?

2          31.    There may be evidence that Mr. Morad's mother and father are immigrants

3    from Egypt and Syria.  Has anyone ever had a negative experience with someone from

4    either of those countryes or any other country in the Middle East?  Or any other immigrant

5    to the U.S.?

6          32.    Does anyone believe there should be limits on the ability of immigrants from

7    other countries to bring lawsuits in U.S. courts?

8

9    Dated: May 31, 2018                    Respectfully Submitted,

10                                          HADSELL STORMER & RENICK LLP

11

12                                          By:  */s/* - Joshua Piovia-Scott
13                                               Barbara Enloe Hadsell
                                                 Dan Stormer
14                                               Joshua Piovia-Scott
                                                 Brian Olney
15                                          Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PLAINTIFFS' [PROPOSED]                    -4-
VOIR DIRE QUESTIONS