ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERAS MORAD, AMAL ALKABRA, and AMR MORAD,<br><br>             Plaintiffs,<br><br>vs.<br><br>OFFICER MATTHEW HERNANDEZ and CITY OF LONG BEACH,<br><br>             Defendants. | NO. CV 16-6785-MWF (AJWx)<br><br>The Hon. Michael W. Fitzgerald,<br>United States District Judge<br><br>**VERDICT FORM** |

**First Claim: Excessive Force**

**Question 1:** Did Officer Matthew Hernandez use excessive force against Feras Morad?

Yes \_\_\_\_        No  ✗

*If you answered "Yes", please answer Question 2. If you answered "No", please proceed to Question 6 and do not answer Questions 2-5.*

**Intent**

**Question 2:** Did Officer Matthew Hernandez use excessive force against Feras Morad with an intent to interfere with Feras Morad's civil rights (as defined in Instruction No. 18)?

Yes \_\_\_\_        No \_\_\_\_

*Please answer Question 3.*

**Second Claim: Interference with Family Relationship**

**Question 3:** Were the circumstances of the incident such that actual deliberation by Officer Matthew Hernandez was practical before he shot Feras Morad (as defined in Instruction No. 19)?

Yes \_\_\_\_        No \_\_\_\_

*If you answered "Yes", please answer Question 4 and do not answer Question 5. If you answered "No", please answer Question 5 and do not answer Question 4.*

**Question 4:** Did Officer Matthew Hernandez shoot Feras Morad with deliberate indifference (as defined in Instruction No. 19)?

Yes \_\_\_\_    No \_\_\_\_

*Please answer Question 6.*

**Question 5:** Did Officer Matthew Hernandez shoot Feras Morad with a purpose to harm (as defined in Instruction No. 19)?

Yes \_\_\_\_    No \_\_\_\_

*Please answer Question 6.*

**Third Claim: Negligence**

**Question 6:** Was Officer Matthew Hernandez negligent in connection with his use of force against Feras Morad?

Yes \_\_\_\_    No  X

*If you answered "Yes", please answer Question 7. If you answered "No", please proceed to Damages.*

**Question 7:** Was the negligence of Officer Matthew Hernandez a substantial factor in causing Feras Morad's death?

Yes _____        No _____

*If you answered "Yes", please answer Question 8. If you answered "No", please proceed to Damages.*

**Affirmative Defense of Comparative Negligence**

**Question 8:** Was Feras Morad negligent in his actions, such that his negligence contributed to the harm caused by Officer Matthew Hernandez's negligence?

Yes _____        No _____

*If you answered "Yes", please answer Question 9. If you answered "No", please proceed to Damages.*

**Question 9:** Was the negligence of Feras Morad a substantial factor in causing Feras Morad's death?

Yes _____        No _____

*If you answered "Yes", please answer Question 10. If you answered "No", please proceed to Damages.*

**Question 10:** What percentage of responsibility for Feras Morad's injury or harm do you assign to the following?

| | |
|---|---|
| The negligence of Officer Matthew Hernandez | \_\_\_\_ % |
| The negligence of Feras Morad | \_\_\_\_ % |
| **Total:** | **100 %** |

*Please proceed to Damages.*

**Damages**

*After answering all applicable questions in this section, please sign and date this form and return it to the Clerk of Court.*

*Only answer Question 11 if you answered "Yes" to Question 1.*

**Question 11:** What are the damages for Feras Morad's pain and suffering between the first shot and his death?

$ _____

*Only answer Questions 12 and 13 if you answered "Yes" to Questions 4, 5, **or** 7.*

**Question 12:** What are Amal Alkabra's damages as a result of the death of Feras Morad? For Amal Alkabra's noneconomic damages, consider the loss of Feras Morad's love, companionship, comfort, care, assistance, protection, affection, society and moral support.

     Economic Damages:     $ _____

     Non-economic Damages:     $ _____

     **Question 13:** What are Amr Morad's damages as a result of the death of Feras Morad? For Amr Morad's noneconomic damages, consider the loss of Feras Morad's love, companionship, comfort, care, assistance, protection, affection, society and moral support.

     Economic Damages:     $ _____

     Non-economic Damages:     $ _____

*Only answer Questions 14 and 15 if you answered "Yes" to Questions 4 **or** 5.*

     **Question 14:** What are Amal Alkabra's damages for grief, sorrow, and mental anguish?

                       $ _____

     **Question 15:** What are Amr Morad's damages for grief, sorrow, and mental anguish?

                       $ _____

*Only answer Question 16 if you answered "Yes" to Questions 1, 4, **or** 5.*

**Question 16:** Did Officer Matthew Hernandez act with malice, oppression, or in reckless disregard of a Plaintiff's rights?

Yes _____   No _____

If you answered "Yes", as to which Plaintiff or Plaintiffs?

_____

When you have finished, sign and date this form and return it to the Court Clerk.

SIGNED: ████████████████████   Date: 7/12/18
       Foreperson

-6-