CHARLES PARKIN, City Attorney
MONTE H. MACHIT, Assistant City Attorney SBN 104692
HOWARD D. RUSSELL, Deputy City Attorney SBN 163595
NICHOLAS J. MASERO, Deputy City Attorney SBN 302989
333 West Ocean Blvd., 11th Floor
Long Beach, California 90802
(562) 570-2200 • Fax (562) 436-1579

Attorneys for Defendants
CITY OF LONG BEACH and ROBERT LUNA

Peter J. Ferguson SBN 108297
Kyle R. Bevan, SBN 294877
**FERGUSON, PRAET & SHERMAN, APC**
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143
email: Peterferg@aol.com

Attorneys for Defendant
MATTHEW HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERAS MORAD, AMAL ALKABRA, and AMR MORAD, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LONG BEACH, MATTHEW HERNANDEZ, ROBERT LUNA, and DOES 1 through 20, inclusive, <br><br> Defendants. | No. 2:16-cv-06785 MWF (AJWx) <br><br> Hon. Michael W. Fitzgerald <br><br> **DEFENDANTS' NOTICE OF LODGING [PROPOSED] JUDGMENT ON VERDICT** |

//
//

1

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants hereby lodge the attached [Proposed] Judgment on Verdict in the above entitled action.

DATED: July 17, 2018        CHARLES PARKIN, City Attorney

　　　　　　　　　　　　　　　/s/ Howard D. Russell
　　　　　　　　　　　　　　　MONTE H. MACHIT, Assistant City Attorney
　　　　　　　　　　　　　　　HOWARD D. RUSSELL, Deputy City Attorney
　　　　　　　　　　　　　　　Attorneys for Defendants City of Long Beach and Robert Luna

DATED: July 17, 2018        FERGUSON, PRAET & SHERMAN, APC

　　　　　　　　　　　　　　　/s/ Peter J. Ferguson
　　　　　　　　　　　　　　　Peter J. Ferguson,
　　　　　　　　　　　　　　　Kyle R. Bevan,
　　　　　　　　　　　　　　　Attorneys for Defendant Matthew Hernandez

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Coleen Ludvigson, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On July 17, 2018, I served the foregoing **DEFENDANTS' NOTICE OF LODGING [PROPOSED] JUDGMENT ON VERDICT; [PROPOSED] JUDGMENT ON VERDICT** on the interested parties in this action:

Barbara Enloe Hadsell, Esq.
Hadsell Stormer & Renick LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Attorneys for Plaintiffs

Joshua Piovia-Scott, Esq.
Hadsell Stormer & Renick LLP
4300 Horton Street, #15
Emeryville, CA 94608
Attorneys for Plaintiffs

Howard Russell, Esq.
Office of the Long Beach City Attorney
333 W. Ocean Blvd., 11th Floor
Long Beach, CA 90808
Attorneys for Defendants City of Long Beach and Robert Luna

____ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

____ (By Facsimile Service) I caused such envelope/document to be delivered via facsimile to the office of the addressee.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2018, at Santa Ana, California.

/s/ Coleen Ludvigson
Coleen Ludvigson

DEFENDANTS' NOTICE OF LODGING [PROPOSED] JUDGMENT ON VERDICT