JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERAS MORAD, AMAL ALKABRA, and AMR MORAD,<br><br>　　　Plaintiffs,<br>　vs.<br>CITY OF LONG BEACH, MATTHEW HERNANDEZ, and ROBERT LUNA,<br><br>　　　Defendants. | Case No. CV 16-6785-MWF (AJWx)<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for trial on June 26, 2018, in Courtroom 5A of this United States District Court. Plaintiffs were represented by attorneys Dan Stormer, Esq., Joshua Piovia-Scott, Esq., and Brian D. Olney, Esq., of Hadsell Stormer and Renick LLP. Defendants City of Long Beach and Robert Luna, Chief of the Long Beach Police Department, were represented by Deputy City Attorney Howard D. Russell. Defendant Matthew Hernandez was represented by Peter J. Ferguson, Esq., and Kyle R. Bevan, Esq., of Ferguson, Praet & Sherman, APC.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

**First Claim: Excessive Force**

**Question 1:** Did Officer Matthew Hernandez use excessive force against Feras Morad?

    Yes___          No_X_

**Third Claim: Negligence**

**Question 6:** Was Officer Matthew Hernandez negligent in connection with his use of force against Feras Morad?

    Yes___          No_X_

    Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment on all claims is entered in favor of Defendants and Plaintiffs shall take nothing.
2. Defendants are awarded their costs as provided by law.

Dated: July 20, 2018

                          MICHAEL W. FITZGERALD
                          United States District Judge