# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

ESTATE OF FERAS MORAD, et al.

V.

CITY OF LONG BEACH, et al.

Case Number: 16-cv-06785-MWF-AJW

Judgment was entered in this action on  07-20-2018 (Date) / 204 (Docket No.) against Plaintiffs.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | $460.00 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $19,925.90 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $9,794.31 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$30,180.21** |

NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

*/s/ Howard D. Russell*
Signature

Howard D. Russell, Deputy City Attorney
Print Name

Attorney for: City of Long Beach and Robert Luna

Costs are taxed in the amount of _____

_____   By: _____   _____
Clerk of Court              Deputy Clerk                  Date

| WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Michael Leonesio, Knoxville, TN | 1 | $1,360.00 | | | | | $1,360.00 |
| Rick Sarkisian, Ph.D., Fresno, CA | 1 | $1,462.50 | | | | | $1,462.50 |
| Anthony Reading, Ph.D., Beverly Hills, CA | 1 | $1,400.00 | | | | | $1,400.00 |
| Darryl Zengler, Pasadena, CA | 1 | $700.00 | | | | | $700.00 |
| Michael Fishbein, M.D., Los Angeles, CA | 1 | $1,200.00 | | | | | $1,200.00 |
| John Gardiner, Los Angeles, CA | 1 | $2,250.00 | | | | | $2,250.00 |
| Scott Defoe, Huntington Beach, CA | 1 | $1,050.00 | | | | | $1,050.00 |
| David Jackson, Orange, CA | 1 | $40.00 | | | 68.4 | $36.93 | $76.93 |
| Marshaun Jackson, Long Beach, CA | 1 | $40.00 | | | 53.8 | $29.05 | $69.05 |
| Ryan Fobes, Thousand Oaks, CA | 1 | $40.00 | | | 91.59 | $49.46 | $89.46 |
| Sopheary Doun, Long Beach, CA | 1 | $40.00 | | | 52.8 | $28.51 | $68.51 |
| Brianna Degrano, Long Beach, CA | 1 | $40.00 | | | 51.6 | $27.86 | $67.86 |
| | | | | | | TOTAL | $9,794.31 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and I am not a party to the within entitled action. My business address is 333 W. Ocean Blvd., 11th Floor, Long Beach, California 90802-4664.

On July 31, 2018, I served the within: **DEFENDANTS APPLICATION TO THE CLERK TO TAX COSTS**

on all interested parties in said action, by placing a true copy and/or original thereof enclosed in sealed envelopes addressed as follows:

**\*SEE ATTACHED SERVICE LIST**

☐ **BY MAIL**: I am "readily familiar" with the **firm's practice** of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY UPS NEXT DAY AIR**: I caused said envelope(s) to be sent by UPS to the addressee(s).

☐ **BY PERSONAL SERVICE**: I caused to be delivered such document(s) by hand to the person(s) stated above.

☐ **BY FACSIMILE MACHINE**: In addition to the above service by mail, hand delivery or UPS, I caused said document(s) to be transmitted by facsimile machine to the addressee(s).

☒ **BY ELECTRONIC MAIL**: In addition to the above service by mail, hand delivery, or UPS, I caused said document(s) to be transmitted by scanning the document into a PDF or comparable electronic format and sent that document by email transmission.

Executed on July 31, 2018, at Long Beach, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Vanessa Quiroz

## SERVICE LIST

Dan Stormer, Esq.
Cindy Panuco, Esq.
Caitlan McLoon, Esq.
Joshua Piovia, Esq.
HADSELL, STORMER & RENICK, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
dstormer@hadsellstormer.com
cindypanuco@hadsellstormer.com
cmcloon@hadsellstormer.com
Telephone: 626.585.9600
Facsimile: 626.577.7079

*Attorney for Plaintiffs*

Joshua Piovia-Scott, Esq.
HADSELL, STORMER & RENICK, LLP
4300 Horton Street, #15
Emeryville, CA 94608
jps@hadsellstormer.com
Telephone: (415) 685-3591
Facsimile: (626) 577-7079

*Attorney for Plaintiffs*

Peter Ferguson, Esq.
Allen Christiansen, Esq.
FERGUSON, PRAET & SHERMAN, APC
1631 E. 18th Street
Santa Ana, California 92705
PeterFerg@aol.com
achristiansen@law4cops.com

*Attorney for Defendant, Matthew Hernandez*