# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

ESTATE OF FERAS MORAD, et al.

v.

CITY OF LONG BEACH, et al.

Case Number: 16-cv-06785-MWF-AJW

Judgment was entered in this action on  07-20-2018 (Date) / 204 (Docket No.)  against  Plaintiffs.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | $460.00 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $19,356.90 ~~$19,925.90~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6  —  See Attached | $8,494.31 ~~$9,794.31~~ |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$28,311.21** ~~$30,180.21~~ |

*Per L.R., Cost of rough draft depositions are not allowed for tax costs. Accordingly, $649.50 is not taxable.*

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other _____

_/s/ Howard D. Russell_
Signature

Howard D. Russell, Deputy City Attorney
Print Name

Attorney for: City of Long Beach and Robert Luna

Costs are taxed in the amount of  $28,311.21

Kiry K. Gray
Clerk of Court

By: _/s/ Martha L. Cabrera_
Deputy Clerk  Martha L. Cabrera

September 6, 2018
Date

CV-59 (12/14)          BILL OF COSTS          Page 1 of 2

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | | | | |
| Michael Leonesio, Knoxville, TN | 1 | $1,360.00 | | | | | $1,360.00 |
| Rick Sarkisian, Ph.D., Fresno, CA | 1 | $1,462.50 | | | | | $1,462.50 |
| Anthony Reading, Ph.D., Beverly Hills, CA | 1 | ~~$1,400.00~~ $700.00 | | | | $700.00 | ~~$1,400.00~~ |
| Darryl Zengler, Pasadena, CA | 1 | $700.00 | | | | | $700.00 |
| Michael Fishbein, M.D., Los Angeles, CA | 1 | ~~$1,200.00~~ $600.00 | | | | $600.00 | ~~$1,200.00~~ |
| John Gardiner, Los Angeles, CA | 1 | $2,250.00 | | | | | $2,250.00 |
| Scott Defoe, Huntington Beach, CA | 1 | $1,050.00 | | | | | $1,050.00 |
| David Jackson, Orange, CA | 1 | $40.00 | | | | | $76.93 |
| Marshaun Jackson, Long Beach, CA | 1 | $40.00 | | | 53.8 | $29.05 | $69.05 |
| Ryan Fobes, Thousand Oaks, CA | 1 | $40.00 | | | 91.59 | $49.46 | $89.46 |
| Sopheary Doun, Long Beach, CA | 1 | $40.00 | | | 52.8 | $28.51 | $68.51 |
| Brianna Degrano, Long Beach, CA | 1 | $40.00 | | | 51.6 | $27.86 | $67.86 |
| | | | | | | TOTAL | $8,494.31 ~~$9,794.31~~ |

Itemization and documentation for all requested costs is required. A "Check Request" is not sufficient documentation supporting the requested costs. Accordingly, $1,300.00 is not taxable.