# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Estate of Feras Morad, et al.,

v.                                    Case Number:   16-CV-06785 MWF (AJW)

City of Long Beach, et al.

Judgment was entered in this action on   07/20/2018   /   204   against   Plaintiffs                                    .
                                          ‾‾‾‾‾‾‾‾‾‾      ‾‾‾      
                                            Date       Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 .................................................................... | |
| Fees for service of process: see L.R. 54-3.2................................................ | $8,030.24 |
| United States Marshal's fees: see L.R. 54-3.3 ............................................. | |
| Reporter's transcripts: see L.R. 54-3.4....................................................... | |
| Depositions: see L.R. 54-3.5 ..................................................................... | $2,610.80 |
| Witness fees (itemize on page 2): see L.R. 54-3.6.. **Per 28 U.S.C. §1821 (See attached)** | $80.00 ~~$100.00~~ |
| Interpreter's and translator's fees: see L.R. 54-3.7 ..................................... | |
| Docket fees: see L.R. 54-3.8........................................................................ | |
| Masters, commissioners and receivers: see L.R. 54-3.9 ................................ | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10.. **Incorrect amount was totalled** | $425.40 ~~$435.40~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ................................. | |
| Other Costs: see L.R. 54-3.12 (attach court order) ...................................... | |
| State Court costs: see L.R. 54-3.13 ............................................................. | |
| Costs on appeal: see L.R. 54-4 .................................................................... | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ................... | |
| **TOTAL** | $11,146.44 ~~$11,176.44~~ |

**<u>NOTE</u>:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other

_____                    Kyle R. Bevan
Signature                                           Print Name

Attorney for: Matthew Hernandez

Costs are taxed in the amount of   $11,146.44

Kiry K. Gray                        By: _____    September 6, 2018
Clerk of Court                      Deputy Clerk Martha L. Cabrera   Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)** | | | | | | | |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Marshaun Jackson | | | | | | ~~$50.00~~ | $40.00 ~~$50.00~~ |
| David Jackson | | | | | | ~~$50.00~~ | $40.00 ~~$50.00~~ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | $100.00 |

> 28 U.S.C. § 1821 (b) A witness shall be paid an attendance fee of $40 per day for each day's attendance.