UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ESTATE OF FERAS MORAD; et al.,

        Plaintiffs - Appellants,

v.

CITY OF LONG BEACH; et al.,

        Defendants - Appellees.

No. 18-56586

D.C. No. 2:16-cv-06785-MWF-AJW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered March 20, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7